IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANE DUHAIME<br><br>Plaintiff,<br><br>v.<br><br>WEST MARINE, INC.<br><br>Defendant. | Civil Action No. 3:21-cv-00528 |

## **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Diane Duhaime filed the above-referenced case against Defendant West Marine, Inc. on April 16, 2021.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: May 27, 2021    Respectfully Submitted,

/s/ Stephen J. Teti
Stephen J. Teti, Esq. (ct28885)
steti@blockleviton.com
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600

*Attorneys for Plaintiff Diane Duhaime*

## CERTIFICATE OF SERVICE

    I, Stephen J. Teti, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 27th day of May, 2021.

                                                                      */s/ Stephen J. Teti*
                                                                         Stephen J. Teti